UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALBERT L. ADAMS,<br>　　　　Plaintiff,<br>　　v.<br>CORIZON HEALTH MEDICAL PROVIDERS,<br>　　　　Defendant. | Case No. 16-cv-06301-DMR (PR)<br><br>**ORDER OF DISMISSAL WITHOUT PREJUDICE** |

Plaintiff filed the present *pro se* prisoner complaint under 42 U.S.C. § 1983. Dkt. 1. On November 1, 2016, Plaintiff filed a completed *in forma pauperis* ("IFP") application form; however, his certificate of funds was not signed by an authorized officer at the institution of his confinement, and he failed to file a prisoner trust account statement showing transactions for the last six months. Dkt. 2.

On the same date, November 1, 2016, the Clerk of the Court notified Plaintiff of the deficiencies in his IFP application and directed him to file the aforementioned necessary documents within twenty-eight days. Dkt. 4.

This matter has been assigned to the undersigned Magistrate Judge. Dkt. 3. On November 9, 2016, Plaintiff consented to magistrate judge jurisdiction. Dkt. 5. However, he did not file the aforementioned necessary documents within the twenty-eight-day time frame.

On December 12, 2016, the Clerk sent a second notice to Plaintiff, again informing him that his IFP application was deficient because of his failure to file the aforementioned necessary documents. Dkt. 6. The Clerk further informed him that his action could not forward until he

1  filed the necessary documents within twenty-eight days, and that his failure to do so would result
2  in dismissal of this action.  More than twenty-eight days have passed, and Plaintiff has not filed
3  his certificate of funds (signed by an authorized officer) or his prisoner trust account statement.
4      Accordingly, this action is DISMISSED WITHOUT PREJUDICE.  Plaintiff's IFP
5  application is DENIED as incomplete.  The Clerk shall terminate all pending motions and close
6  the file.
7      This Order terminates Docket No. 2.
8      IT IS SO ORDERED.
9  Dated:  February 3, 2017

_____
DONNA M. RYU
United States Magistrate Judge

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALBERT L. ADAMS,<br><br>        Plaintiff,<br><br>    v.<br><br>CORIZON HEALTH MEDICAL PROVIDERS,<br><br>        Defendant. | Case No. 4:16-cv-06301-DMR<br><br>**CERTIFICATE OF SERVICE** |

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on February 3, 2017, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Albert L. Adams ID: AVR 269  
Santa Rita Jail  
5325 Broder Blvd.  
Dublin, CA 94568

Dated: February 3, 2017

Susan Y. Soong  
Clerk, United States District Court

By:_____  
Ivy Lerma Garcia, Deputy Clerk to the  
Honorable DONNA M. RYU